Edward J. Maney, Trustee
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
Fax (602) 277-4103

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| In Re: | ) | CHAPTER 13 PROCEEDINGS |
|---|---|---|
| DAVID BRYAN   BAUMBACH | ) | |
| CYNTHIA SUZANNE BAUMBACH | ) | CASE NO. 2-17-07983-DPC |
| 7769 WEST PALM LANE | ) | |
| | ) | CHAPTER 13 TRUSTEE'S REPORT |
| PHOENIX, AZ   85035 | ) | OF ALLOWED CREDITOR CLAIMS |
| _____ | ) | |

    Notice is hereby given to the Debtor and Counsel, if any, that the Trustee intends to pay the claims as filed by the creditors listed below, or as amended by the Stipulated Order Confirming the debtor's Chapter 13 Plan, unless an objection is made by the Debtor or other party of interest within 30 days from the date of this notice.   In the event that additional claims are discovered at a later date, the Trustee may file a Supplemental Notice of Allowed Creditor Claims.

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Wells Fargo Bank<br>   MAC# x2302-04c<br>   One Home Campus<br>   Des Moines, IA   50328- | 01/25/2018 | $97.79 | 0% | Secured |
| Nissan Motor Acceptance Corporation<br>   Attn: Bankruptcy/Recovery<br>   P.O. Box 660366<br>   Dallas, TX   75266-0366 | 12/04/2017 | $19110.24 | 0% | Secured |
| Nissan Motor Acceptance Corporation<br>   Attn: Bankruptcy/Recovery<br>   P.O. Box 660366<br>   Dallas, TX   75266-0366 | 12/04/2017 | $5519.93 | 0% | Unsecured |
| Nissan Motor Acceptance Corporation<br>   Attn: Bankruptcy/Recovery<br>   P.O. Box 660366<br>   Dallas, TX   75266-0366 | 12/04/2017 | $16189.75 | 0% | Secured |
| Nissan Motor Acceptance Corporation<br>   Attn: Bankruptcy/Recovery<br>   P.O. Box 660366<br>   Dallas, TX   75266-0366 | 12/04/2017 | $9264.08 | 0% | Unsecured |
| Wells Fargo Bank, N.A.<br>   P.O. Box 14487<br><br>   Des Moines, IA   50306- | 01/12/2018 | $500.00 | 5% | Secured |
| Wells Fargo Bank, N.A.<br>   P.O. Box 14487<br><br>   Des Moines, IA   50306- | 01/12/2018 | $2258.42 | 0% | Unsecured |
| Internal Revenue Services<br>   bankruptcy payments<br>   P.O. Box 7317<br>   Philadelphia, PA   19101-7317 | 03/14/2018 | $3500.00 | 4% | Secured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Internal Revenue Services<br>    bankruptcy payments<br>    P.O. Box 7317<br>    Philadelphia, PA   19101-7317 | 03/14/2018 | $1308.56 | 0% | Priority |
| Internal Revenue Services<br>    bankruptcy payments<br>    P.O. Box 7317<br>    Philadelphia, PA   19101-7317 | 03/14/2018 | $17389.97 | 0% | Unsecured |
| RDL Reference Laboratory<br>    10755 Venice Blvd<br><br>    Los Angeles, CA   90034- | 12/21/2017 | $3034.96 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    P.O. Box 12914<br>    Norfolk, VA   23541- | 01/16/2018 | $3092.11 | 0% | Unsecured |
| Midnight Velvet<br>    c/o Creditors Bankruptcy Service<br>    P.O. Box 800849<br>    Dallas, TX   75380- | 12/26/2017 | $429.79 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    P.O. Box 12914<br>    Norfolk, VA   23541- | 02/20/2018 | $2702.82 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    P.O. Box 12914<br>    Norfolk, VA   23541- | 02/22/2018 | $5261.93 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    P.O. Box 12914<br>    Norfolk, VA   23541- | 03/02/2018 | $2834.65 | 0% | Unsecured |
| eCAST Settlement Corporation<br>    Bankruptcy Collections<br>    P.O. Box 29262<br>    New York, NY   10087-9262 | 03/09/2018 | $454.07 | 0% | Unsecured |
| Bureaus Investment Group Portfollo LLC<br>    C/O PRA Receivables Management, LLC<br>    P.O. Box 41031<br>    Norfolk, VA   23541- | 01/07/2018 | $1021.48 | 0% | Unsecured |
| Merrick Bank<br>    c/o Resurgent Capital Services<br>    P.O. Box 10368<br>    Greenville, SC   29603- | 03/28/2018 | $3039.43 | 0% | Unsecured |
| CACH, LLC<br>    P.O. Box 10587<br><br>    Greensville, SC   29603-0587 | 03/28/2018 | $9277.61 | 0% | Unsecured |
| Ashley Funding Services LLC<br>    Resurgent Capital Service<br>    P.O. Box 10587<br>    Greenville, SC   29603-0587 | 03/28/2018 | $752.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Ashley Funding Services LLC<br>    Resurgent Capital Service<br>    P.O. Box 10587<br>    Greenville, SC   29603-0587 | 03/28/2018 | $446.00 | 0% | Unsecured |
| Synchrony Bank<br>    c/o Pra Receivables Management, LLC<br>    P.O. Box 41031<br>    Norfolk, VA   23541- | 03/29/2018 | $780.04 | 0% | Unsecured |
| Ashley Funding Services LLC<br>    Resurgent Capital Service<br>    P.O. Box 10587<br>    Greenville, SC   29603-0587 | 03/29/2018 | $155.00 | 0% | Unsecured |
| Ashley Funding Services LLC<br>    Resurgent Capital Service<br>    P.O. Box 10587<br>    Greenville, SC   29603-0587 | 03/29/2018 | $220.25 | 0% | Unsecured |
| Banner Health<br>    3rd Party Recovery<br>    P.O. Box 18<br>    Phoenix, AZ   85001-9932 | | $0.00 | 0% | Unsecured |
| Banner Health<br>    3rd Party Recovery<br>    P.O. Box 18<br>    Phoenix, AZ   85001-9932 | | $0.00 | 0% | Unsecured |
| Barclay<br>    PO Box 15102<br>    Wilmington, DE   19886-5102 | | $0.00 | 0% | Unsecured |
| Barclay<br>    PO Box 15102<br>    Wilmington, DE   19886-5102 | | $0.00 | 0% | Unsecured |
| Best Buy<br>    P.O. Box 9312<br>    Minneapolis, MN   55440- | | $0.00 | 0% | Unsecured |
| Capital One Bank (USA), N.A.<br>    by American Infosource Lp As Agent<br>    P.O. Box 71083<br>    Charlotte, NC   28272-1083 | | $0.00 | 0% | Unsecured |
| Capital One Bank (USA), N.A.<br>    by American Infosource Lp As Agent<br>    P.O. Box 71083<br>    Charlotte, NC   28272-1083 | | $0.00 | 0% | Unsecured |
| City of Phoenix - ETS<br>    520 W. Van Buren St.<br>    Phoenix, AZ   85003- | | $0.00 | 0% | Unsecured |
| City of Phoenix - ETS<br>    520 W. Van Buren St.<br>    Phoenix, AZ   85003- | | $0.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Crisis Prep & Recovery<br>2120 S. McClintock Drive, # 105<br>Tempe, AZ   85282- | | $0.00 | 0% | Unsecured |
| Emergency Professional Services<br>P.O. Box 1649<br>Scottsdale, AZ   85252- | | $0.00 | 0% | Unsecured |
| Hartford Insurance Company<br>Attn: Bankruptcy/Recovery<br>P.O. Box 2073<br>Hartford, CT   06145-2073 | | $0.00 | 0% | Unsecured |
| Labcorp<br>P.O. Box 2904<br>Phoenix, AZ   85062-2904 | | $0.00 | 0% | Unsecured |
| Labcorp<br>P.O. Box 2904<br>Phoenix, AZ   85062-2904 | | $0.00 | 0% | Unsecured |
| Labcorp<br>P.O. Box 2904<br>Phoenix, AZ   85062-2904 | | $0.00 | 0% | Unsecured |
| Monitronics Security<br>Dept. CH 8628<br>Palatine, IL   60055-8629 | | $0.00 | 0% | Unsecured |
| Plain Green<br>93 Mack Road<br>Suite PO Box 270<br>Box Elder, MT   59521- | | $0.00 | 0% | Unsecured |
| Sonora Quest Lab<br>P.O. Box 78162<br>Phoenix, AZ   85062-8162 | | $0.00 | 0% | Unsecured |
| Sonora Quest Lab<br>P.O. Box 78162<br>Phoenix, AZ   85062-8162 | | $0.00 | 0% | Unsecured |
| St. Lukes Health Systems<br>Attn: Bankruptcy/Recovery<br>P.O. Box 67<br>Chanhassen, MN   55317-0067 | | $0.00 | 0% | Unsecured |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>POB 965060<br>Orlando, FL   32896- | | $0.00 | 0% | Unsecured |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>POB 965060<br>Orlando, FL   32896- | | $0.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Synchrony Bank/Walmart<br>  Attn: Bankruptcy<br>  PO BOX 103104<br>  Roswell, GA   30076- | | $0.00 | 0% | Unsecured |
| Raymond J. Steele, Esq.<br>  Law Office of Raymond J. Steele<br>  P.O. Box 670<br>  Chandler, AZ   85244- | | $1400.00 | 0% | Legal |
| Raymond J. Steele, Esq.<br>  Law Office of Raymond J. Steele<br>  P.O. Box 670<br>  Chandler, AZ   85244- | | $3100.00 | 0% | Legal |

_Edward J. Maney, Esq._
Digitally signed by Edward J. Maney, Esq.
Date: 2018.07.27 11:38:25 -07'00'

Edward J. Maney
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776   Fax (602) 277-4103
Email: office@maney13trustee.com